UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JEMMY LEE STURGIS,

                    Plaintiff,
                                        ORDER
          -against-                     13-CV-3230 (JS)(GRB)

SUFFOLK COUNTY, SHERIFF VINCENT F.
DEMARCO, WARDEN CHARLES EWALD,
UNDERSHERIFF JOHN P. MYERRICKS,
UNDERSHERIFF JOSEPH T. CARAPPA,

                    Defendants.
----------------------------------X
SEYBERT, District Judge:

          Pursuant to the Court's January 23, 2012 Order of

Consolidation, the Court has reviewed the instant Complaint and

finds that it relates to the subject matter of the Consolidated

Action, Butler, et al. v. DeMarco, et al., No. 11-CV-2602 (JS)

(GRB).  Accordingly, this action shall be consolidated with the

Consolidated Action.  This affects Plaintiff in the following ways:

     1.   Plaintiff in this action shall become member of the
          certified classes in Butler (11-CV-2602);[1]

----------------------------

[1] The classes are defined as follows:

     an Injunctive Class comprised of all persons who, now or at
     any time in the future, are or will be detainees or prisoners
     in the custody of the Suffolk County Sheriff's Department and
     housed in the SCCF, with separate subclasses for those persons
     detained in  Riverhead and Yaphank; and

     a Damages Class comprised of all persons who are or were
     detainees or prisoners in the custody of the Suffolk County
     Sheriff's Department and housed in the SCCF and who were or
     will be released from the SCCF on or after April 5, 2009, with
     separate subclasses for those persons detained in Riverhead
     and Yaphank.

2. Any claims in the instant Complaint that are not included in the Consolidated Amended Complaint in <u>Butler</u> shall be severed (<u>See</u> Order of Consolidation at 17 (describing the process for proceeding with any severed claims after the resolution of the Consolidated Action)); and

3. Plaintiff, as a member of the class, shall be represented by <u>pro</u> <u>bono</u> counsel, Shearman & Sterling LLP.[2]

A copy of the Order of Consolidation and the operative complaint in <u>Butler</u>--the Consolidated Amended Complaint--are annexed to this Order.

If Plaintiff does **not** wish to proceed as a member of the Consolidated Action he must so indicate in a letter to the Court within thirty (30) days of receiving a copy of this Order. Upon receipt of such a letter, the Court will direct the Clerk of the Court to sever this Complaint from the Consolidated Amended Complaint and reopen and reinstate his individual <u>pro</u> <u>se</u> action.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is denied for the purpose of any appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this

---

[2] Counsel's mailing address is:

> Lynch v. DeMarco Case Team
> c/o Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, NY 10022

Counsel's telephone number is: (212) 848-8023.

Order, the Order of Consolidation, and the Consolidated Amended

Complaint to Plaintiff at his last known address.

SO ORDERED.


/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:      August __2__, 2013
            Central Islip, New York